IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN MAHONEY, on behalf of himself and all others similarly situated, | : | CIVIL ACTION |
| | : | |
| Plaintiffs, | : | |
| v. | : | NO. 19-3590 |
| | : | |
| WIND CREEK BETHLEHEM LLC, | : | |
| Defendant. | | |

## **ORDER**

AND NOW, this 15th day of January, 2020, it is hereby ORDERED that the settlement conference scheduled for Wednesday, January 15, 2020 is cancelled.

BY THE COURT:

*/s/ Marilyn Heffley*
MARILYN HEFFLEY
UNITED STATES MAGISTRATE JUDGE